**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Guadalupe RAMIREZ–AGUILERA,**
**Defendant–Appellant**

No. 15-51035
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 09/14/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Guadalupe Ramirez–Aguilera, Pro Se.

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Guadalupe Ramirez-Aguilera has moved

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez–Aguilera has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ramirez–Aguilera's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.